IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: | |
| TYRONE N. TACKETT,<br>114 Secretariat Place<br>Hendersonville, TN 37075 | Bk. No. **04-10634-3KL-13**<br>Chapter 13<br>Judge Lundin |
| SSN: XXX-XX-7810 | |
| Debtor(s). | |

ORDER DISMISSING CASE AND BARRING DEBTOR FROM REFILING FOR A PERIOD OF 180 DAYS

This matter came to be heard on October 18, 2004 upon the Trustee's Motion to Dismiss and the Trustee's Application for a Bar against the debtor filing under any Chapter of Title 11 for a period of 180 days from the entry of the order. The Trustee had served notice of the application on the debtor.

The debtor did not appear to contest the Trustee's Motion to Dismiss nor did the debtor appear to contest the Trustee's Motion for a Bar on the debtor refiling for a period of 180 days. It is therefore

ORDERED, the above styled case is dismissed; it is further

ORDERED, that the debtor shall be enjoined and barred from filing under any Chapter of Title 11 for a period of 180 days following the entry of this order.

ENTERED this ______ day of October, 2004.

Keith M. Lundin
Bankruptcy Judge

APPROVED BY:

/s/ Henry E. Hildebrand, III
Digitally signed by /s/ Henry E. Hildebrand, III
DN: CN = /s/ Henry E. Hildebrand, III, C = US
Date: 2004.10.20 16:36:41 -05'00'

Henry E. Hildebrand, III
Standing Trustee
P. O. Box 190664
Nashville, TN 37219-0664
615-244-1101; Fax 615-242-3241
www.ch13nsh.com

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Order has been forwarded to Mr. Tyrone N. Tackett, 114 Secretariat Place, Hendersonville, Tennessee 37075; and Ms. Beth R. Derrick, Assistant U.S. Trustee, 318 Customs House, 701 Broadway, Nashville, Tennessee 37203, by U. S. Mail (or otherwise dependably delivered) this 22nd day of October, 2004.

**/s/ HENRY E. HILDEBRAND, III**

Henry E. Hildebrand, III
Standing Trustee