IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

88160

IN RE:
TYRONE N TACKETT
114 SECRETARIAT PLACE
HENDERSONVILLE, TN 37075

Debtor

SSN(1) 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

CHAPTER 13
CASE NO: 04-10634-KL3-13

02/04/2005

# TRUSTEE'S FINAL ACCOUNT AND REPORT

Henry E. Hildebrand, III, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on Aug 31, 2004 and was not confirmed. This case was subsequently DISMISSED PRIOR TO CONFIRMATION.

2. The amount paid to the Trustee by or on behalf of the debtor was $0.00.

3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---|---|---|---|
| AMSOUTH BANK | NOT FILED | 0.00 | 0.00 | 0.00 | 0.00 |

4. Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | CONTINUING | TOTAL |
|---|---|---|---|---|---|
| Claim Amount | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Principal Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

5. Costs of administration:

The Clerk was paid $155.00 for filing fees of which $155.00 was paid directly by the debtor and $0.00 from the plan.
The Clerk was paid $0.00 for noticing fees of which $0.00 was paid directly by the debtor and $0.00 from the plan.
The debtor(s) attorney was allowed $0.00 of which $0.00 was paid directly by the debtor and $0.00 from the plan.
The Trustee was paid $0.00 pursuant to 11 USC 1032 .
Refunds to the debtor and/or new trustee total $0.00.

Wherefore the trustee requests a final decree be entered which discharges the trustee and his surety from any and all liability on account of the above case, closes the estate, and grants such other relief as may be just and proper.

/s/ Henry E. Hildebrand, III

HENRY E. HILDEBRAND, III
CHAPTER 13 TRUSTEE
P O BOX 190664
NASHVILLE, TN 37219-0664
(615)244-1101

XC: TYRONE N TACKETT

PRO SE

, 00000